IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALLEN JACKSON, ) | |
| ) | Case No. 18 CV 5121 |
| Plaintiff ) | |
| ) | |
| v. ) | Honorable Elaine E. Bucklo |
| ) | |
| CITY OF CHICAGO, Former ) | |
| CHICAGO POLICE SERGEANT ) | |
| RONALD WATTS, SERGEANT ) | |
| ALVIN JONES, OFFICER ) | |
| ELSWORTH J. SMITH, JR., ) | |
| Former CHICAGO POLICE ) | |
| OFFICER KALLATT MOHAMMED ) | |
| PHILIP J.CLINE, KAREN ROWAN, ) | |
| DEBRA KIRBY, and other ) | |
| as-yet-unidentified officers of the ) | |
| Chicago Police Department, ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT**

The parties jointly submit the following status report pursuant to the Court's order of February 3, 2021:

1. This case is part of the *Watts Coordinated Pretrial Proceedings*, 19 CV 1717 ("Coordinated Proceedings"), which were originally assigned to Judge Wood and Magistrate Judge Finnegan for pretrial matters. The Coordinated Proceedings are now assigned to Judge Valderrama and Magistrate Judge Finnegan.

2. Since the parties last filed a status report in this case, the parties have continued to engage in written and oral discovery and have continued to engage in the Rule 37.2 meet and confer process on various issues.

3. On March 25, 2022, Magistrate Judge Finnegan adopted the parties' proposed amended discovery schedule for the Coordinated Proceedings. *See* Dkt. 314 in Case No. 19-cv-1717. The schedule provides that fact discovery concludes on May 31, 2023. *Id.*

4. Because this case is part of the Coordinated Proceedings and discovery is ongoing, the parties respectfully submit that the Court need not set a specific schedule for this case at this time.

Respectfully submitted,

/s/ Wallace Hilke
One of the Attorneys for the Plaintiff
Arthur Loevy
Jon Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Wallace Hilke
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607

/s/ William E. Bazarek
One of the Attorneys for Defendants Alvin Jones and Elsworth Smith
Special Assistant Corporation Counsel

Andrew M. Hale
William E. Bazarek
Anthony E. Zecchin
Brian J. Stefanich
Allyson L. West
Special Assistant Corporation Counsel
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646

/s/ Ahmed Kosoko
One of the Attorneys for Defendant Ronald Watts
Special Assistant Corporation Counsel

Brian P. Gainer
Monica Gutowski
Ahmed Kosoko
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770

/s/ Eric S. Palles
One of the Attorneys for Defendant Kallatt Mohammed
Special Assistant Corporation Counsel

Gary Ravitz
Eric S. Palles
Sean M. Sullivan
Kathryn M. Doi
Daley Mohan Groble PC
55 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 422-9999

/s/ Daniel M. Noland
One of the Attorneys for Defendants City of Chicago, Philip Cline, Karen Rowan and Debra Kirby
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090