**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Allen Jackson
                Plaintiff,

v.                                                    Case No.: 1:18−cv−05121
                                                        Honorable Elaine E. Bucklo

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for substitution of party in a case that is part of the In Re Watts Coordinated Pretrial Proceedings [82] is granted. Alexis Woods, as Independent Administrator of the Estate of Allen Jackson is substituted as Plaintiff for Plaintiff Allen Jackson. Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.